FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

JOHN, FATMATA,

            Debtor.

Case No. 18-52831 MEH7

Chapter 7

## **TRUSTEE'S REQUEST FOR NOTICE OF POSSIBLE DIVIDEND**

TO THE CLERK OF THE COURT:

A claims bar date in this Chapter 7 case has not been set and the Trustee has not previously requested a Notice of Possible Dividend. It appears that there may be sufficient assets available for the payment of a dividend to creditors. Accordingly, the Trustee respectfully requests pursuant to Fed.R.Bankr.P. 3002(a)(5) that a claims bar date be set and a Notice of Possible Dividend be sent to all creditors.

DATED:      This 13th day of March, 2019.

                                                                  /s/ Fred Hjelmeset
                                                            Fred Hjelmeset, Chapter 7 Trustee