CSD 1160 [03/01/15]
Name, Address, Telephone No. & I.D. No.

Baimba John
3194 De La Cruz Blvd, Suite 10
Santa Clara CA 95054
(408) 679-9006
 pro per

ORIGINAL

FILED
APR 0 5 2019
CLERK
United States Bankruptcy Court
San Jose, California

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
280 South First Streetm Room 3035
San Jose, California 95113

In Re
Fatmata John, aka Fatima Carew
3354 Casalegno Court, San Jose CA 95148
 Debtor.

BANKRUPTCY NO. 18-52831

Baimba John
3194 De La Cruz Blvd, Suite 10, Santa Clara CA 95054  pro per
 Moving Party

RS NO.

Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY   ☑ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☑ 7  ☐ 11  ☐ 12  ☐ 13  was filed on 12/26/2018.

2. Procedural Status:
   a. ☑ Name of Trustee Appointed (if any): Fred Hjelmeset
   b. ☑ Name of Attorney of Record for Trustee (if any): Mariam S. Marshall / Marshall & Ramos, LLP
   c. ☐ (Optional) Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on:_____.
      If applicable, the prior case was dismissed on:_____.
   d. ☐ (If Chapter 13 case): Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

Movant alleges the following in support of its Motion:

1. ☐ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:


   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):


   c. Legal description of property is attached as Exhibit A.

    d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

    e.    *Fair market value of property as set forth in the Debtor's schedules: $ _____

    f.    *Nature of Debtor's interest in the property:

2. ☑ The following personal property is the subject of this Motion *(describe property)*:
$27,372.50, Motion granted on 03/31/18 to hold in funds in trust; 2012 Can Am Spyder Motorcycle

    a.    Fair market value of property as set forth in the Debtor's schedules: $ 27,372.50 + 9,000

    b.    Nature of Debtor's interest in the property: community asset reserved in trust account of Debtor's Attorney

3. *Fair market value of property according to Movant: $ 27,372.50 + 9,000

4. *Nature of Movant's interest in the property: On 03/31/2018 motion was granted for the funds to be held in trust

5. *Status of Movant's loan:
    a.    Balance owing on date of Order for Relief:    $ _____
    b.    Amount of monthly payment:    $ _____
    c.    Date of last payment:    _____
    d.    If real property,
        i.    Date of default:
        ii.    Notice of Default recorded on:
        iii.    Notice of Sale published on:
        iv.    Foreclosure sale currently scheduled for:
    e.    If personal property,
        i.    Pre-petition default:    $ _____    No. of months: _____
        ii.    Post-petition default:    $ _____    No. of months: _____

6. *(If Chapter 13 Case, state the following:)*
    a.    Date of post-petition default:    _____
    b.    Amount of post-petition default:    $ _____

7. Encumbrances:
    a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: n/a | | | | | |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 0.00 | $ 0.00 | | $ 0.00 | |

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
        ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).
CSD 1160
Case: 18-52831   Doc# 55   Filed: 04/05/19   Entered: 04/05/19 11:21:17   Page 2 of 7

8. Relief from the automatic stay should be granted because:
   a. ☑ Movant's interest in the property described above is not adequately protected.

   b. ☐ Debtor has no equity in the ☐ real property ☑ personal property described above and this property is not necessary to an effective reorganization.

   c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

      i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

      ii. the Debtor/Trustee has

         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

         (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

   d. ☐ *Other cause exists as follows (specify): ☐ See attached page.


When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1. ☐ Other relevant evidence:


2. ☐ (Optional) Memorandum of points and authorities upon which the moving party will rely.


WHEREFORE, Movant prays that this Court issue an Order granting the following:

☑ Relief as requested.

☐ Other:


Dated: 04/05/2019

                                                Baimba John pro per
                                               [Attorney for] Movant

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Fatmata John aka Fatima Carew__ Case No. __18-52831__ Chapter __7__

All Cases: Moving Creditor __Baimba John__ Date Case Filed __April 05, 2019__

Nature of Relief Sought: ☑ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☑ No-Asset Report Filed on __03/04/2019__
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car Year, Make, and Model __2012 Can Am Spyder Motorcycle Val. $7,735__
   c. ☑ Other (describe) __$27,372.50 Community asset reserved__

2. Balance Owed as of Petition Date $ __0__
   Total of all other Liens against Collateral $ __0__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __35,107.50__

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____ Amount $ ____

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months ____ Amount $ ____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months ____ Amount $ ____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid Amount $ ____
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) __Not amenable to release funds in all attemps__

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __04/05/2018__   __Baimba John   pro per__
Counsel for Movant

(Rev. 12/21/09)



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SANTA CLARA

## MINUTE ORDER

| Baimba John vs Fatmata John | Hearing Start Time: | 11:00 AM |
| --- | --- | --- |
| 17FL004446 | Hearing Type: | Request for Order: Domestic Violence |
| Date of Hearing: 02/20/2018 | Comments: | |

Heard By: Hayashi, Roberta S
Courtroom Reporter: Susan Yakushi

Location: Department 65
Courtroom Clerk: Betty Wilson
Court Interpreter:
Court Investigator:

**Parties Present:**

**Future Hearings:**

Gutierrez, Yadhira Natividad — Attorney
John, Baimba — Petitioner
John, Fatmata — Respondent
Lucero, Fred S — Attorney

**Exhibits:**

- Both parties are sworn.

Trial set for 3/22/18 at 1:30pm d65. Issue: DV (Remaining issues re: Support are trailing for setting.)

TE: 1/2 day.

Court orders:

Sufficient funds shall be set aside to settle the IRS obligation.

Within the next 10 days the respondent shall produce any documents that may be in her possession regarding the tax obligation.

Neither party may fail to inform the other regarding information or liability to the IRS.

Each party shall keep on trust the amount of $3,200 that shall be used towards the IRS debt.

1/2 proceeds released as stated on the record.

Case: 18-52831    Doc# 55    Filed: 04/05/19    Entered: 04/05/19 11:21:17    Page 5 of 7



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA

## MINUTE ORDER

2.5% community asset reserved.

Other orders as stated.

Referral to SOC.

Ms. Gutierrez to prepare the order.

All other exisiting orders to remain in effect.


# Value Report

2012 Can-Am Spyder RS SE5

## Values

|  | Suggested List Price | Low Retail | Average Retail |
|---|---|---|---|
| Base Price | $17,999 | $6,680 | $8,790 |
| Options (Change) |  |  |  |
| **Total Price** | **$17,999** | **$6,680** | **$8,790** |

## Value Type Definitions

**Suggested List** — The manufacturer's (distributors) highest suggested list price in the U.S.A. when the unit was new. Unless indicated, the suggested list price does not include destination charges, dealer set-up, state or local taxes, license tags or insurance.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low Retail is not trade-in value.**

**Average Retail Value** — An average retail unit should be clean without obvious defects. All rubber and cables should be in good condition. The paint should match and have a good finish. All lights and switches should work properly. The mileage should be within or slightly higher than the average range. This unit should also pass any emission inspection.

Note: Vehicles/Vessels in exceptional condition can be worth a significantly higher value than the Average Retail Price shown.

© 2019 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.